UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOUGLAS CAVANAUGH, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM., INC., and DOES 1-10 <br><br> Defendants. | No. 2:20-cv-01765-RSL <br><br> **STIPULATION AND ORDER EXTENDING DATE TO ANSWER** |

Defendant Amazon.com, Inc. ("Amazon") and Douglas Cavanaugh hereby stipulate that Amazon may have additional time, and specifically until January 21, 2021, to answer or otherwise respond to the Complaint.  Good cause exists for this extension as defense counsel has just been assigned to this case and needs time to investigate the allegations and evaluate facts necessary to answer the Complaint, and there have been no previous requests for an extension of time to answer or otherwise respond to the Complaint.

STIPULATION AND
ORDER EXTENDING DATE TO ANSWER
(Case No. 2:20-cv-01765-RSL)

- 1-

KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR  97204
Tel: 503-595-5300; Fax: 503-595-5301

This stipulation and proposed order is agreed by the undersigned counsel, this 16th day of December, 2020.

*s/Dmitry Lapin*
Dmitry Lapin, (*Pro Hac Vice*)
Danchuk Law, LLC
2 Victoria Lane
Falmouth, ME 04105
Telephone: (207) 464-0099
dmitry@emilyesquire.com

*s/ Jacob P. Freeman*
Jacob P. Freeman, WSBA No. 54123
The Jacob Freeman Law Firm, PLLC
415 1st Avenue N. No. 9466
Seattle, Washington 98109
Telephone: (206)-350-1066
Facsimile: (206)-350-1120
Email: jfreeman@jfpllc.com

*Attorney for Plaintiff*
*Douglas Cavanaugh*

*s/John D. Vandenberg*
John D. Vandenberg, WSBA No. 38445
Klarquist Sparkman, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301
john.vandenberg@klarquist.com

*Attorney for Defendant*
*Amazon.com, Inc.*

**ORDER**

It is so ordered.

Dated this 4th day of January, 2021.

Robert S. Lasnik
United States District Judge
STIPULATION AND
ORDER EXTENDING DATE TO ANSWER
(Case No. 2:20-cv-01765-RSL)

- 2-

KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR  97204
Tel: 503-595-5300; Fax: 503-595-5301