UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOUGLAS CAVANAUGH,

                Plaintiff,

      v.

AMAZON.COM, INC., *et al.*,

                Defendants.

Cause No. C20-1765RSL

ORDER OF DISMISSAL

      This matter comes before the Court on the parties' stipulation of dismissal. Dkt. # 15. The parties having so stipulated and agreed, it is hereby SO ORDERED that the above-captioned case is hereby DISMISSED with prejudice and without an award of costs or fees to any party.

      Dated this 26th day of January, 2021.

*MrS Lasnik*

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 1